UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* INGRID DE LA FUENTE, <br><br> Plaintiff, <br><br> v. <br><br> MADISON SPRINGFIELD, INC. *et al.* <br><br> Defendants. | No. 1:23-cv-1693-LMB-LRV <br> FILED UNDER SEAL AND <br> AND EX PARTE PURSUANT TO <br> 31 U.S.C. § 3730(b) |

## ORDER

The United States and Relator having jointly filed a Notice of Voluntary Dismissal, pursuant to Rule 41(a)(1)(i) of the Federal Rules of Civil Procedure, and the United States having consented to the dismissal and moving to unseal parts of the record pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(1), it is hereby

ORDERED that the Complaint be and is DISMISSED WITHOUT PREJUDICE as to the United States and as to Relator; and it is

FURTHER ORDERED that the Complaint, the Joint Notice of Voluntary Dismissal and Motion to Unseal, and this Order shall be unsealed. All other previously filed documents in this civil action shall remain sealed until further order of the Court.

The Clerk is directed to forward copies of this Order to counsel of record.

/s/ *[signature]*
Leonie M. Brinkema
United States District Judge  5/21/25